571 A.2d 296

MICHAEL MADDEN, JOSEPH LA BARBIERA AND JOHN QUAR-EGNA AND REGULAR DEMOCRATIC ORGANIZATION OF RIDGEFIELD, A NON-PROFIT NEW JERSEY CORPORATION, PLAINTIFFS–RESPONDENTS, v. SANDY HEGADORN, MU-NICIPAL CLERK OF THE BOROUGH OF RIDGEFIELD, DE-FENDANT–APPELLANT, AND ANTHONY F. SERVIS, GER-ALD PLANCHER AND MARY CELEDONIO, DEFENDANTS–INTERVENORS–APPELLANTS.

Superior Court of New Jersey
Appellate Division

Argued May 23, 1989—Decided June 7, 1989.

Before Judges ANTELL, DREIER and BROCHIN.

*Dennis J. Oury* argued the cause for intervenors-appellants Anthony Servis, Gerald Plancher and Mary Celedonio (*Oury & Mizdol,* attorneys; *Dennis J. Oury,* on the brief).

*Michael·L. Scherby* filed a brief on behalf of appellant, Sandy Hegadorn (*Contant, Contant, Schuber, Scherby & Atkins,* attorneys; *Michael L. Scherby* on the brief).

*Stephen F. Pellino* argued the cause for respondents (*Basile, Birchwale & Pellino,* attorneys; *Stephen F. Pellino,* on the brief).

Prior report: 236 *N.J.Super.* 280, 565 *A.2d* 725.

PER CURIAM.

The judgment of the trial court is affirmed substantially for the reasons stated in the opinion of the trial court.